UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHARLES GUNDERSEN and TRACEY GUNDERSEN, both individually and d/b/a Prohome Twin Cities,

Plaintiffs,

v.

PROHOME, INC., JACK H. SALMANS, SUSAN E. SALMANS and LARRY W. JOHNSON,

Defendants.

CIVIL NO. 01-1307 (DSD/JMM)

ORDER/NOTICE OF HEARING

The above matter came before the undersigned upon Plaintiffs' Motion to Amend the Complaint [Docket No. 12]. By letter dated October 5, 2001, Defendants have advised the Court that they will not oppose Plaintiffs' Motion.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiffs' Motion to Amend the Complaint [Docket No. 12] is granted as follows:

1. Plaintiffs shall serve and file the First Amended Class Action Complaint on or before October 11, 2001. Defendants need not file an Answer to the First Amended Class Action Complaint until the determination of their Motion to Dismiss.

2. Defendants have filed a Motion to Dismiss, or to Stay and Compel Plaintiffs to Arbitrate their claims against Defendant Prohome [Docket No. 5]. This motion had been fully briefed based on Plaintiff's original Complaint.

FILED OCT 0 9 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

a) Plaintiffs shall serve and file a Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss, or to Stay and Compel Plaintiffs to Arbitrate their claims against Defendant Prohome [Docket No. 5] on or before October 11, 2001.

b) Defendants shall serve and file a Reply on or before November 6, 2001, addressing all additional issues raised by the fact of the amendment to the complaint.

c) Oral argument will be held before the undersigned on November 13, 2001 at 2:00 p.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

3. Plaintiffs' Motion for Order Allowing Plaintiff to Deposit Money [Docket No. 14] and Plaintiff's Motion to Order Pre-Judgment Garnishment After Notice and Hearing [Docket No. 15] are withdrawn without prejudice. They will be scheduled for hearing after a determination of Defendants' Motion to Dismiss.

Dated: October 9, 2001

JOHN M. MASON
United States Magistrate Judge