UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHARLES GUNDERSEN, TRACEY GUNDERSEN and PROHOME TWIN CITIES,

Civil No. 01-1307 (DSD/JMM)

Plaintiffs,

v.

ORDER FOR PRETRIAL CONFERENCE

PROHOME, INC., JACK H. SALMANS, SUSAN E. SALMANS and LARRY W. JOHNSON,

Defendants.

TO: Plaintiffs above named and to Marc G. Kurzman, Esq., Kurzman, Grant & Ojala, 219 Main Street SE, Suite 403, Minneapolis, MN 55414, attorneys for Plaintiffs;

Defendants above named and to Jay W. Schlosser, Esq., Michael A. Mitchell, Esq., Briggs & Morgan, 2400 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402, attorneys for Defendants.

IT IS HEREBY ORDERED that counsel for Plaintiffs shall cause a copy of this Order to be served upon any other parties or counsel not listed above.

DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, and Local Rule 16 of the Rules of this District, a pretrial conference of trial counsel in the above matter will be held on April 15, 2002 at 1:45 p.m. before Magistrate Judge John M. Mason in chambers at Room 610, Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters.

Filed MAR 1 5 2002
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

MEETING, REPORTS AND DISCLOSURES REQUIRED

Pursuant to Federal Rule of Civil Procedure 26(f), trial counsel for each party shall meet in person no later than April 5, 2002 to discuss settlement, and to prepare a recommendation concerning the deadlines for Motions to establish a class action, the Response thereto, and the Reply.

Dated: March 15, 2002

JOHN M. MASON
United States Magistrate Judge