UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

CHARLES AND TRACEY GUNDERSEN, individually and d/b/a PROHOME TWIN CITIES, a Minnesota corporation,

Plaintiffs,

vs.

PROHOME, INC., a Kansas corporation; and JACK H. SALMANS; and SUSAN E. SALMANS and LARRY W. JOHNSON,

Defendants.

Case No.: 01 CV 1307 (DSD/JMM)

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER FIRST AMENDED COMPLAINT**

Defendants ProHome, Inc., Jack H. Salmans and Susan E. Salmans and larry W. Johnson ("Defendants") and Plaintiffs ProHome Twin Cities, Charles Gundersen, and Tracey Gundersen ("Plaintiffs"), by and through their undersigned counsel, hereby stipulate and agree that Defendants may have until March ~~22~~ 20 -JMM, 2002, to answer or otherwise respond to the First Amended Complaint in the above-captioned matter.

Date: March 12, 2002

**BRIGGS AND MORGAN**

By [signature]
Jay W. Schlosser (#204353)
Michael A. Mitchell (#259627)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR DEFENDANTS PROHOME, INC., JACK SALMANS, SUSAN SALMANS AND LARRY W. JOHNSON**

FILED MAR 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Date: Mch 12, 2002

**ROBERT C. MOILANEN LAW OFFICE**

By ______________________

Robert C. Moilanen (#74263)
St. Anthony Main
219 S.E. Main Street, Suite 403
Minneapolis, MN 55414
(612) 331-9477

and

**KURZMAN GRANT & OJALA LAW OFFICE**
Marc G. Kurzman (#59080)
219 S.E. Main Street, Suite 403
Minneapolis, MN 55414
(612) 617-9000

**ATTORNEYS FOR THE CLASS ACTION PLAINTIFFS**

IT IS SO ORDERED:

Dated: 3/14, 2002

______________________
Magistrate Judge John M. Mason
U.S. District Court Judge