UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Charles and Tracey Gundersen, ProHome Twin Cities; Brenda Roberts, ProHome of Northern California; Kim Jackson, ProHome of North Texas; Michael Connor, ProHome of Florida; Karen Erny and James Kuhn, ProHome of Kansas City, L.L.C.; Ronaye Boyle and Irving Blank, ProHome of Southern California, Inc.; Steve Vining, ProHome Atlanta and Harvey Levin, ProHome of Central Indiana, L.L.C.,

Plaintiffs,

vs.

ProHome, Inc., a Kansas corporation and Jack H. Salmans, Susan E. Salmans and Larry W. Johnson,

Defendants.

Case No. 01-CV-107 (DSD/JMM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The above named Plaintiffs, by and through counsel, and Defendants, by and through counsel, hereby agree that the above-entitled matter may be dismissed with prejudice and without assessing costs or fees to any party.

Dated: June 6, 2002

ROBERT C. MOILANEN LAW OFFICE

By ______________________
Robert C. Moilanen Reg. No. 74263
St. Anthony Main
219 S.E. Main Street, Suite 403
Minneapolis, Minnesota 55414
Telephone: 612-331-9477

FILED 6-17-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

KURZMAN, GRANT & OJALA

Marc G. Kurzman Reg. No. 59080
St. Anthony Main
219 S.E. Main Street, Suite 403
Minneapolis, Minnesota 55414
Telephone: 612-617-9000

***ATTORNEYS FOR PLAINTIFFS***

Dated: June 5, 2002

BRIGGS AND MORGAN

By [signature]
Jay W. Schlosser Reg. No. 204353
2400 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: 612-334-8400

***ATTORNEY FOR DEFENDANTS***

**ORDER**

Based upon the above Stipulation, it is hereby ordered that the above-entitled matter shall be dismissed with prejudice.

It is further ordered that the clerk is directed to return to Plaintiffs' counsel all monies which have been deposited in the Court by Plaintiffs Charles Gundersen, Tracey Gundersen and ProHome Twin Cities pursuant to the Magistrate Judge's Order of December 20, 2001.

Dated: June 14, 2002

[signature]
The Honorable